FILED

01/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0637



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0637

VERNON HOVEN,

      Plaintiff and Appellant,

v.

DANIEL WADDELL,

      Defendant and Appellee.

<u>SECOND</u>
ORDER OF MEDIATOR APPOINTMENT

Michael San Souci, the mediator previously appointed in this matter, has informed this office that he must decline the appointment.

ACCORDINGLY, the appointment of Mr. San Souci is rescinded, and: IT IS ORDERED THAT **ANNA M. WILLIAMS,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 10th day of January, 2022.

_____
Bowen Greenwood,
Clerk of the Supreme Court

c:    Michael F. McGuiness, Stephen C. Pohl, Anna M. Williams